IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.** 1:22-cv-02692

**SARAH ASHTON-CIRILLO**,
    Plaintiff,

v.

**TWITTER, INC.,**
    Defendant.

---

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT TWITTER, INC.

---

Pursuant to Fed. R. Civ. P. 7.1, the undersigned certifies that Twitter, Inc. is not owned by any parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: October 13, 2022

        Respectfully submitted,

        /s/ Shelby Martin

        SHELBY L. MARTIN
        shelby.martin@wilmerhale.com
        WILMER CUTLER PICKERING
         HALE AND DORR LLP
        1225 Seventeenth St., Suite 2600
        Denver, CO 80202
        Telephone: (720) 274-3149

        *Attorney for Defendant Twitter, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, a true and correct copy of the foregoing was with filed with the Clerk of Court using the CM/ECF system and that the same was emailed and mailed to the following:

Ian T. Hicks, Reg. No. 39332
The Law Office of Ian T. Hicks LLC
6000 East Evans Avenue, Building 1, Suite 360
Denver, Colorado, 80222
Telephone: (720) 216-1511
Facsimile: (303) 648-4169
E-mail: ian@ithlaw.com


/s/ Shelby Martin
SHELBY MARTIN